UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a nonprofit corporation,<br>1333 N. Oracle Rd.<br>Tucson, AZ 85705<br><br>**Plaintiff,**<br>v.<br><br>**H. DALE HALL**, Director, U.S. Fish and Wildlife Service,<br>1849 C Street, N.W.<br>Room 3256, MailStop 3238 MIB<br>Washington, D.C. 20240-0001<br><br>**DIRK KEMPTHORNE**, United States Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**Defendants.** | Case No:<br><br>Case: 1:08-cv-00335<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 2/27/2008<br>Description: Admd. Agency Review |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the Center for Biological Diversity, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Center for Biological Diversity that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

CERTIFICATE OF INTERESTED              1
PARTIES REQUIRED BY LCVR 7.1

Dated: February 27, 2008.

Respectfully submitted,

*[signature]*

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone)
202-232-1217 (fax)
msenatore@biologicaldiversity.org

Attorney for Plaintiff