**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | No. 1:08-cv-00335-RMU |
| Plaintiff, | ) ) ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | ) ) |  |
| H. DALE HALL, Director of the United States Fish and Wildlife Service, and DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, | ) ) ) ) ) ) |  |
| Defendants. | ) |  |

On behalf of Federal Defendants, H. Dale Hall, Director of the United States Fish and

Wildlife Service, and Dirk Kempthorne, Secretary of the United States Department of the

Interior, the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for

this matter.  Mr. Fite's contact information is as follows:

| | |
|---|---|
| <u>U.S. Mail</u> | <u>Telephone</u> |
| U.S. Department of Justice | 202-305-0217 |
| Environment and Natural Resources Division | |
| Ben Franklin Station | |
| P. O. Box 7369 | <u>Facsimile</u> |
| Washington, D.C. 20044-7369 | 202-305-0275 |
| | |
| <u>Overnight or Hand Delivery</u> | <u>Electronic Mail</u> |
| U.S. Department of Justice | lawson.fite@usdoj.gov |
| Environment and Natural Resources Division | |
| Wildlife & Marine Resources Section | |
| 601 D St., N.W. | |
| Room 3708 | |
| Washington, D.C. 20004 | |

Dated: March 12, 2008                    Respectfully Submitted,

                                         RONALD J. TENPAS, Assistant Attorney General
                                         JEAN E. WILLIAMS, Section Chief
                                         LISA L. RUSSELL, Asst. Section Chief


                                         _____*/s/ Lawson E. Fite*_____
                                         LAWSON E. FITE,
                                         Trial Attorney (Oregon Bar No. 05557)
                                         U.S. Department of Justice
                                         Environment & Natural Resources Division
                                         Wildlife & Marine Resources Section
                                         Ben Franklin Station
                                         P.O. Box 7369
                                         Washington, DC 20044-7369
                                         Phone: (202) 305-0217
                                         Fax: (202) 305-0275
                                         Email: lawson.fite@usdoj.gov

                                         Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>H. DALE HALL, Director of the United States Fish and Wildlife Service, and DIRK KEMPTHORNE, Secretary of the United States Department of the Interior,<br><br>      Defendants. | No. 1:08-cv-00335-RMU<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 12, 2008, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                        */s/ Lawson E. Fite*

                                        LAWSON E. FITE