UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a nonprofit corporation,<br>　1333 N. Oracle Rd.<br>　Tucson, AZ 85705<br><br>**Plaintiff,**<br>v.<br><br>**H. DALE HALL**, Director, U.S. Fish and Wildlife Service,<br>　1849 C Street, N.W.<br>　Room 3256, MailStop 3238 MIB<br>　Washington, D.C. 20240-0001<br><br>**DIRK KEMPTHORNE**, United States Secretary of the Interior<br>　1849 C Street, N.W.<br>　Washington, D.C. 20240<br><br>**Defendants.** | Case No: 1:08-cv-00335 RMU |

### CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2008, I have caused the following documents to be served:

1. COMPLAINT

2. SUMMONS

3. CERTIFICATE REQUIRED BY LCvR 7.1

4. MAGISTRATE CONSENT FORM

5. ELECTRONIC CASE FILING ORDER

6. ELECTRONIC CASE FILING REGISTRATION

on the following:

CERTIFICATE OF SERVICE　　　　　　1

| | |
|---|---|
| H. Dale Hall, Director,<br>U.S. Fish and Wildlife Service,<br>1849 C Street, N.W.<br>Room 3256, MailStop 3238 MIB<br>Washington, D.C. 20240-0001 | Michael B. Mukasey, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Dirk Kempthorne<br>United States Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 |

by mailing a true copy of each document enclosed in a sealed envelope and sent via United States certified mail with return receipt.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2008 in San Francisco, CA.

                                                                     Respectfully submitted,

                                                                     _/s/ Sabine Reynaud_

Case 1:08-cv-00335-RMU    Document 4    Filed 04/14/2008    Page 3 of 11

# Return Receipts

**Receipt 1:**
- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  Dirk Kempthorne
  U.S. Secretary of the Interior
  1849 C Street, N.W.
  Washington, D.C. 20240
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] Agent/Addressee
  - B. Received by (Printed Name): M. Nixon
  - C. Date of Delivery: 3/11/08
  - D. Is delivery address different from item 1? ☐ Yes ☒ No
- 3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☒ Return Receipt for Merchandise ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7007 1490 0002 2625 0195
- PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540
- Kassie Rosperin

**Receipt 2:**
- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  U.S. Attorney General
  Michael Mukasey
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] Agent/Addressee
  - B. Received by (Printed Name): [signature] Emily Tyler
  - C. Date of Delivery: MAR 1 2008
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☒ Return Receipt for Merchandise ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7007 1490 0002 2625 0188
- PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540
- Kassie Rosperin

**Receipt 3:**
- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  H. Dale Hall, Director
  U.S. Fish and Wildlife Service
  1849 C Street, N.W., Room 3256
  Mail Stop 3238 MIB
  Washington, D.C. 20240-0001
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] Agent/Addressee
  - B. Received by (Printed Name): CRA
  - C. Date of Delivery: 3/11
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☒ Return Receipt for Merchandise ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7007 1490 0002 2625 0201
- PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540
- Kassie Rosperin

**Receipt 4:**
- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  Jeffrey A. Taylor, United States Attorney
  for the District of Columbia
  555 4th Street, NW
  Washington, DC 20530
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] Agent/Addressee
  - B. Received by (Printed Name): Emily Tyler
  - C. Date of Delivery: MAR 1 2008
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☒ Return Receipt for Merchandise ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7007 1490 0002 2625 0218
- PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540
- Kassie Rosperin

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

H. DALE HALL, Director, U.S. Fish and Wildlife Service, and DIRK KEMPTHORNE, United States Secretary of the Interior

CASE NI

Case: 1:08-cv-00335
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/27/2008
Description: Admd. Agency Review

TO: (Name and address of Defendant)

[redacted]

[redacted]

Jeffrey A. Taylor, United States Attorney
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone); email: msenatore@biologicaldiversity.org

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            FEB 2 7 2008
CLERK                               DATE

_/s/ [signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/17/2008 |
| NAME OF SERVER *(PRINT)* Sabine Reynaud | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  See attached proof of service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 10th, 2008       *[signature]*
                *Date*                *Signature of Server*

1095 Market St.
San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

H. DALE HALL, Director, U.S. Fish and Wildlife Service, and DIRK KEMPTHORNE, United States Secretary of the Interior

Case: 1:08-cv-00335
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/27/2008
Description: Admd. Agency Review

TO: (Name and address of Defendant)
H. Dale Hall, Director, U.S. Fish and Wildlife Service
1849 C Street, N.W.,
Room 3256, MailStop 3238 MIB
Washington, D.C. 20240-0001




**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone); email: msenatore@biologicaldiversity.org

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 7 2008
_____              _____
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/17/2008 |
| NAME OF SERVER (PRINT) Sabine Reynaud | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See attached proof of service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10th, 2008        [signature]
              *Date*                    *Signature of Server*

1095 Market St.
San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

H. DALE HALL, Director, U.S. Fish and Wildlife Service, and DIRK KEMPTHORNE, United States Secretary of the Interior

CASE

Case: 1:08-cv-00335
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/27/2008
Description: Admd. Agency Review

TO: (Name and address of Defendant)



Dirk Kempthorne
United States Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone); email: msenatore@biologicaldiversity.org

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            FEB 2 7 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[1] | DATE | 3/17/2008 |
| NAME OF SERVER *(PRINT)* Sabine Reynaud | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See attached proof of service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10th, 2008        *[signature]*
              Date                        Signature of Server

1095 Market St.
San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

H. DALE HALL, Director, U.S. Fish and Wildlife Service, and DIRK KEMPTHORNE, United States Secretary of the Interior

CASE N

Case: 1:08-cv-00335
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/27/2008
Description: Admd. Agency Review

TO: (Name and address of Defendant)

Michael B. Mukasey, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone); email: msenatore@biologicaldiversity.org

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB 27 2008

CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/17/2008 |
| NAME OF SERVER *(PRINT)* Sabine Reynaud | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See attached proof of service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10th, 2008
*Date*

*Signature of Server*

1095 Market St.
San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.