RONALD J. TENPAS, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 055573)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0217
Facsimile: (202) 305-0275
lawson.fite@usdoj.gov

Attorneys for Defendants


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 1:08-cv-00335-RMU |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| H. DALE HALL, Director of the United States Fish and Wildlife Service, and DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, | |
| Defendants. | |

Defendants in the above-entitled action, H. Dale Hall, Director of the United States Fish and

Wildlife Service, and Dirk Kempthorne, Secretary of the United States Department of the Interior,

hereby move this Court to extend Defendants' time 30 days, until June 11, 2008, to Answer or

otherwise respond to the Complaint.  In support of this Motion, Defendants state as follows:

1.      Plaintiff's Complaint was served on the office of the United States Attorney for the District

of Columbia on March 11, 2008.  Defendants' Answer or other response to the Complaint is therefore due May 12, 2008.

2.  Because of staffing and workload constraints in the office of the Fish and Wildlife Service and in the Office of the Solicitor of the United States Department of the Interior, Defendants need an additional 30 days to determine in what manner to respond to the Complaint and to prepare the response.  Defendants also need additional time to consider whether settlement of this litigation may be feasible.

3.  No previous continuances or extensions of time have been granted to either party.

4.  On the 5th day of May, 2008, undersigned counsel spoke with counsel for Plaintiff, who indicated Plaintiff does not oppose the extension requested in this Motion.

Wherefore, Defendants pray that this Court enter an order permitting their Answer or other response to Plaintiff's Complaint to be filed no later than June 11, 2008.

Dated this 6th day of May, 2008.                    Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

_____/s/ Lawson E. Fite_____
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
United States Department of Justice
Environment and Natural Resources
         Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0217
(202) 305-0275 (fax)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| ) | |
| CENTER FOR BIOLOGICAL ) | |
| DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:08-cv-00335-RMU |
| v. ) | |
| ) | |
| H. DALE HALL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

_____

**[PROPOSED] ORDER**

      The Court, having reviewed the Unopposed Motion for an Extension of Time to Answer filed by Defendants, enters the following order:

      IT IS ORDERED that the Motion for an Extension of Time is GRANTED.  Defendants shall Answer or otherwise respond to the Complaint no later than June 11, 2008.

SIGNED this _____ day of _____, 2008.


_____

United States District Judge

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:08-cv-00335-RMU |
| v. | ) ) | |
| H. DALE HALL, et al., | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION

FOR EXTENSION OF TIME TO ANSWER COMPLAINT was served on this 6th day of May,

2008, via the CM/ECF system, which will send copies of such to all counsel of record.


_/s/ Lawson E. Fite_
LAWSON E. FITE