UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, | ) ) ) ) |
| Plaintiff, | ) Case No: 1:08-cv-00335-RMU |
| v. | ) ) |
| **H. DALE HALL, et al** | ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 17, 2008 order, Plaintiff Center for Biological Diversity and Defendants, H. Dale Hall, Director of the United States Fish and Wildlife Service, and Dirk Kempthorne, Secretary of the United States Department of the Interior, submit this joint status report.

On February 27, 2008 Plaintiff filed suit alleging Defendants had failed to make findings required under Section 4 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533, for ten species of penguins within the timeframe specified by the statute.

The parties have discussed the possibility of settlement and believe that they may be able to resolve this case without the need for briefing. However, the parties need additional time to pursue settlement discussions. In the event the parties are unable to agree to terms of a settlement, the parties will submit an additional status report in 30 days updating the Court on the status of settlement discussions and setting out, if necessary, a proposed briefing schedule to resolve any outstanding issues in this case.

DATED: July 11, 2008.

Respectfully submitted,

_____/s/_____Michael Senatore_____

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
202-232-1216 (phone)
202-232-1217 (fax)
msenatore@biologicaldiversity.org

Attorney for Plaintiff

RONALD J. TENPAS, Acting Asst.
Attorney General
JEAN E. WILLIAMS, Section Chief

_____*/s/ Lawson E. Fite*_____
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

JOINT STATUS REPORT                2