Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C.  20009
202-232-1216 (phone)
202-232-1217 (fax)
msenatore@biologicaldiversity.org

Attorney for Plaintiff

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 055573)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) No. 1:08-cv-00335-RMU |
| Plaintiff, | ) ) **JOINT STATUS REPORT** |
| v. | ) ) |
| H. DALE HALL, et al., | ) ) |
| Defendants. | ) ) |

      Pursuant to this Court's Order of June 17, 2008 order and the Parties' previous Joint Status

Report, Plaintiff Center for Biological Diversity and Defendants, H. Dale Hall, Director of the

United States Fish and Wildlife Service, and Dirk Kempthorne, Secretary of the United States Department of the Interior, submit this joint status report.

On February 27, 2008 Plaintiff filed suit alleging Defendants had failed to make findings required under Section 4 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533, for ten species of penguins within the period specified by the statute.

The parties are currently engaged in settlement discussions, which have proven productive. In the event the parties are unable to reach a settlement within the next thirty days, they will adhere to the schedule set forth in the Court's Order of June 12, 2008.

DATED: August 11, 2008                              Respectfully submitted,

                                                                                       */s/   Michael Senatore*
                                                Michael Senatore (DC Bar # 453116)
                                                Center for Biological Diversity
                                                1601 Connecticut Avenue, N.W., Suite 701
                                                Washington, D.C.  20009
                                                202-232-1216 (phone)
                                                202-232-1217 (fax)
                                                msenatore@biologicaldiversity.org

                                                Attorney for Plaintiff

                                                RONALD J. TENPAS, Asst. Attorney
                                                General
                                                JEAN E. WILLIAMS, Section Chief

                                                */s/ Lawson E. Fite*
                                                LAWSON E. FITE,
                                                Trial Attorney (Oregon Bar No. 05557)
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                Wildlife & Marine Resources Section
                                                Ben Franklin Station
                                                P.O. Box 7369
                                                Washington, DC 20044-7369
                                                Phone: (202) 305-0217
                                                Fax: (202) 305-0275
                                                Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>H. DALE HALL, et al.,<br><br>    Defendants. | No. 1:08-cv-00335-RMU<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on August 11, 2008, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                    */s/ Lawson E. Fite*

                                                    LAWSON E. FITE